IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 11-cv-01137-LTB

KITZMILLER GRAZING ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS INSURANCE COMPANY, INC.,

    Defendant.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

In accordance with the Notice of Stipulation of Dismissal (Doc. 2) filed on November 14, 2011, it is

ORDERED that the claims between the parties that were asserted or that could have been asserted in this civil action are dismissed without prejudice. It is

FURTHER ORDERED that each party shall bear its own costs and attorney fees.

                        BY THE COURT:

                        <u>s/Lewis T. Babcock</u>
                        Lewis T. Babcock, Judge

DATED:  November 14, 2011