# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01137-LTB

KITZMILLER GRAZING ASSOCIATION, INC.,

    Plaintiff(s),

v.

TRAVELERS INSURANCE COMPANY, INC.,

    Defendant(s).

---

## ORDER CORRECTING ORDER OF DISMISSAL

---

THIS MATTER comes to the Court on the Unopposed Motion of Defendant to Correct Order of Dismissal filed on December 1, 2011. The Court, being fully advised, hereby Grants the Motion. The Order of Dismissal filed on November 14, 2011, is amended or corrected such that the dismissal is made with prejudice, with each party to bear its own costs and attorney fees.

BY THE COURT:


s/ Lewis T. Babcock
The Hon. Lewis T. Babcock,
United States District Court Judge, Presiding


DATED: December 2, 2011, *nunc pro tunc* November 14, 2011.